UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ASHTON JOHNSON | CASE NO. 6:25-CV-00384 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| EP EXPEDITED TRANSPORT, LLC, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

IT IS HEREBY ORDERED that the Motion to Remand [ECF No. 12] is GRANTED, and this matter is REMANDED to the 15th Judicial District Court in and for the Parish of Lafayette, State of Louisiana.

IT IS FURTHER ORDERED that the request for attorneys' fees [ECF No. 12-1 at 1] is DENIED.

THUS DONE in Chambers on this 2nd day of July, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE